### RUMFORD CHEMICAL WORKS v. NEW YORK BAKING POWDER CO. et al.

#### (Circuit Court, S. D. New York. January 3, 1905.)

PATENTS—CONTRIBUTORY INFRINGEMENT.

> One who manufactures and sells an element in an infringing baking powder to be used by the purchaser in making such baking powder is a contributory infringer, and liable equally with the purchaser for the profits or damages resulting from the sale of the infringing article.

> [Ed. Note.—For cases in point, see vol. 38, Cent. Dig. Patents, § 402.

> Contributory infringement of patent, see note to Edison Electric Light Co. v. Peninsular. Light, Power & Heat Co., 43 C. C. A. 485.]

In Equity. On motion for modification of decree.

Antonio Knauth, for the motion.

C. A. L. Massie, opposed.

LACOMBE, Circuit Judge. It seems unnecessary to alter the phraseology of the decree, which does not now require an ascertainment of the profits made by the Provident Chemical Works in manufacturing the phosphatic-acid element. As to acid made by it and sold to the New York Baking Powder Company it is a contributory infringer, and is liable equally with the baking powder company for profits or damages resulting from the sale of baking powder in which the acid contributed by it has entered as an element.